<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>STEVE H. KIM<br><br>                              Defendant(s) | CIVIL NO. 17-02253 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Standing Order has been served by first class mail, postage pre-paid, return receipt requested, upon the parties listed below on May 17, 2017.

STEVE H. KIM
2249 Dorchester Street W
Furlong, PA 18925

                                            Respectfully submitted,

                                            KML Law Group, P.C.

                                            By: _____
                                            Rebecca A. Solarz, Esquire
                                            Pennsylvania Attorney I.D. No. 315936
                                            Suite 5000 – BNY Independence Center
                                            701 Market Street
                                            Philadelphia, PA  19106-1532
                                            (215) 825-6327
                                            rsolarz@kmllawgroup.com