## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

STEVE H. KIM, ET AL,
**Defendant (Respondent)**

CASE and/or DOCKET No.: 17-02253

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served STEVE H. KIM the above process on the 13 day of July, 2017, at 2:39 o'clock, PM, at 2249 DORCHESTER STREET W FURLONG, PA 18925, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: LORI KIM
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 36-40 Height 5'6 Weight 160 Race WHITE Sex FEMALE Hair BROWN
Military Status: [✓] No [ ] Yes Branch: _____

Commonwealth/State of PA )
) SS:
County of Berks )

Before me, the undersigned notary public, this day, personally, appeared _D'wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this 18 day of July, 20 17.

_____
Notary Public

File Number: USA-169854
Case ID #: 4932634

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017