UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

8/4/2017

Rebecca Ann Solarz, Esquire
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

RE: <u>United States of America v. Kim</u>
Civil Action No. 17-2253

Dear Ms. Solarz:

    A review of the docket shows that the defendant has not filed a responsive pleading in the above-captioned action.

    You may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by August 11, 2017, the Court may enter an order dismissing the case against the above-named defendant(s) for lack of prosecution.

Sincerely,

*/s/ Nelly Lu*

Nelly Lu,
Deputy Clerk to Judge Paul S. Diamond

xc:    Steve H. Kim

Civ 21 (10/82)