# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-2253 |
| | : | |
| **STEVE H. KIM,** | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, this 8th day of August, 2017, the Clerk of Court having entered default on today's date, and upon consideration of Plaintiff United States of America's Request for Default Judgment against Defendant Steve H. Kim (Doc. No. 7), it is hereby **ORDERED** that the Request (Doc. No. 7) is **GRANTED**.

The **CLERK OF COURT** shall **ENTER JUDGMENT** against Defendant Steve H. Kim, and in favor of the United States, in the amount of $4,401.22. The Judgment shall accrue interest at the current legal rate, compounded annually, until paid in full.

It is **FURTHER ORDERED** that the **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.